IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INDIVIOR INC., INDIVIOR UK LIMITED, and MONOSOL RX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.<br><br>Defendant. | C.A. No. 15-1051-RGA |

## [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, Defendant Sandoz Inc. is no longer pursuing certifications under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) with respect to United States Patent Nos. 8,475,832; 8,017,150; 8,603,514 for ANDA No. 205477;

WHEREAS, as a result of the foregoing, the parties hereto agree that a case or controversy in this action no longer exists between Plaintiffs and Sandoz;

It is hereby ORDERED pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims, counterclaims and affirmative defenses between Plaintiffs and Sandoz are dismissed for lack of subject matter jurisdiction, and that each party is to bear its own costs, disbursements, and attorney fees.

SO ORDERED, this ___22___ day of August, 2016.

Hon. Richard G. Andrews
U.S. District Judge

2